## IN THE SUPREME COURT OF THE STATE OF NEVADA

FRONT SIGHT MANAGEMENT LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE TIMOTHY C.
WILLIAMS, DISTRICT JUDGE,
Respondents,
and
LAS VEGAS DEVELOPMENT FUND
LLC, A NEVADA LIMITED LIABILITY
COMPANY; EB5 IMPACT CAPITAL
REGIONAL CENTER LLC, A NEVADA
LIMITED LIABILITY COMPANY; EB5
IMPACT ADVISORS LLC, A NEVADA
LIMITED LIABILITY COMPANY;
ROBERT W. DZIUBLA, INDIVIDUALLY
AND AS PRESIDENT AND CEO OF LAS
VEGAS DEVELOPMENT FUND LLC
AND EB5 IMPACT ADVISORS LLC;
JON FLEMING, INDIVIDUALLY AND
AS AN AGENT OF LAS VEGAS
DEVELOPMENT FUND LLC AND EB5
IMPACT ADVISORS LLC; AND LINDA
STANWOOD, INDIVIDUALLY AND AS
SENIOR VICE PRESIDENT OF LAS
VEGAS DEVELOPMENT FUND LLC
AND EB5 IMPACT ADVISORS LLC,
Real Parties in Interest.

No. 81776

**FILED**

DEC 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

*ORDER DENYING PETITION
FOR WRIT OF PROHIBITION OR MANDAMUS*

This original petition for a writ of prohibition or mandamus

challenges a district court order requiring sealing, but not redaction, of

20-45538

certain confidential information obtained in discovery. Having considered the petition and supporting documents, we are not convinced that petitioner has met its burden of demonstrating that our extraordinary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (observing that "the issuance of a writ of mandamus or prohibition is purely discretionary with this court"). Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Timothy C. Williams, District Judge
Aldrich Law Firm, Ltd.
Bailey Kennedy
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A